UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MORAIS A. DICKS and PROGRESSIVE HOMES & DEVELOPMENT INC., individually, and on behalf of all other similarly situated small businesses, consumers and alleged debtors,<br><br>                   Plaintiffs,<br><br>     -Against-<br><br>SCRATCH SERVICES, LLC and CROSS RIVER BANK,<br><br>                 Defendants. | Civil Action No.: 2:22-cv-01667<br><br>**JOINT STIPULATION OF DISMISSAL**<br><br>**FILED**<br>**CLERK**<br><br>10:42 am, Jul 01, 2022<br><br>**U.S. DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK**<br>**LONG ISLAND OFFICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiffs Morais A. Dicks and Progressive

Homes & Development Inc. (collectively, "Plaintiffs"), and defendants Scratch Services, LLC and

Cross River Bank hereby stipulate to the dismissal of this action with prejudice as to Plaintiffs'

individual claims, class allegations without prejudice, each side to bear their own costs and

attorneys fees.  The parties further stipulate and agree that this Stipulation may be executed in

counterparts, and execution by electronic means shall be deemed proper execution of this

Stipulation.

Dated: June __29__, 2022

LAW OFFICE OF GREGORY A.
GOODMAN, P.C.

By: _____
    Gregory A. Goodman
    380 North Broadway, Suite 305
    Jericho, NY 11753
    Tel.: (516) 597-5840
    Email: ggoodman@gganylaw.com

*Attorneys for Plaintiffs Morais A. Dicks and*
*Progressive Homes & Development Inc.*

MANATT, PHELPS & PHILLIPS, LLP

By: _____
    Samantha J. Katze
    7 Times Square
    New York, NY 10036
    Tel.: (212) 790-4500
    Email: SKatze@manatt.com

*Attorneys for Defendant Cross River Bank*

1

EVERSHEDS SUTHERLAND (US) LLP

By:  _____

Jocelyn M. Weinstein
1114 Avenue of Americas
The Grace Building, 40th Floor
New York, NY 10036
Tel.: (212) 389-5033
Email: jocelynweinstein@eversheds-sutherland.com

*Attorneys for Defendant Scratch Services, LLC*

Dated: 7/1/2022
So Ordered.  The Clerk of the Court is directed to close this case.
**/s/ Gary R. Brown**
GARY R. BROWN, U.S.D.J

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that the foregoing document was electronically filed and served on all counsel of record in the above-captioned matter on June 30, 2022 via the Court's CM/ECF filing service.

_____
Samantha J. Katze